ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
Email: chung.han@usdoj.gov
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-2083
      Facsimile: (213) 894-7819

Attorneys for Defendant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

SEP 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL UDEL, | Case No. CV 13-1463 SVW (MANx) |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Based upon the Stipulation for Compromise Settlement and Release and Stipulation for Dismissal of the Action in Its Entirety with Prejudice, by and between plaintiff James Carl Udel and defendant United States of America, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is dismissed in its entirety with prejudice;

2. Each party shall bear his/its own costs, expenses, and attorney's fees; and

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

Dated: 09/26/13

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE